UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATHAN CHEE, individually, | NO.: 2:23-cv-00680 |
| Plaintiff, | **ORDER ON JOINT STIPULATED MOTION FOR REMAND** |
| v. | |
| TRAVELERS, a corporation, | |
| Defendant. | |

THIS MATTER having come before the Court upon the parties' Joint Stipulated Motion for Remand, docket no. 5, and the Court having reviewed the pleadings, files and records herein, along with all exhibits, and deeming itself advised in the matter, it is now therefore ORDERED, ADJUDGED and DECREED that the parties' Joint Stipulated Motion is GRANTED. The Clerk is DIRECTED to remand this case to King County Superior Court.

DATED this 18th day of May 2023.

_____
Thomas S. Zilly
United States District Judge

ORDER - 1

**Pendergast Law**
Attorneys at Law
555 S Renton Village Place, Suite 640
Renton, Washington 98057
(425) 228-3860   Fax (425) 226-4988

Presented By:

SMITH FREED EBERHARD P.C.

By: /s/ John E. Barton
Ashley A. Nagrodski, WSBA #40847
John E. Barton, WSBA #45529
Attorneys for Defendant

PENDERGAST LAW

By: /s/ Shane M. Moriarty
Shane M. Moriarty, WSBA #46968
Attorney for Plaintiff

ORDER - 2

**Pendergast Law**
Attorneys at Law
555 S Renton Village Place, Suite 640
Renton, Washington 98057
(425) 228-3860   Fax (425) 226-4988